UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANUMITA STEINBERG,<br><br>            Plaintiff,<br><br>v.<br><br>CONSTELLATION AGENCY, LLC and DIANA LEE,<br><br>           Defendants. | Civil Action No. 1:24-cv-08113<br><br><br>**ORDER** |

It appearing that discovery in the above-captioned action is likely to involve the disclosure of confidential information, it is ORDERED as follows:

The Protective Order entered in this matter in connection with the Discovery Protocols for Counseled Employment Cases (ECF No. 10, Exhibit B) (the "Protective Order") is hereby extended for the duration of this litigation. The restrictions and procedures set forth in the Protective Order shall continue in full force and effect throughout this litigation and shall apply to the documents and information (including deposition testimony) produced in discovery by the parties.

Dated: April 30, 2025

                                                                  Paul A. ~~Engelmeyer~~ Engelmayer, U.S.D.J.